DONALD YESLINEK, Appellant, v. SHERIFF,
CLARK COUNTY, NEVADA, Respondent.

No. 7059

May 3, 1973                    508 P.2d 1211

*Alfred Becker,* of Las Vegas, for Appellant.

*Robert List,* Attorney General, Carson City; *Roy A. Woofter,* District Attorney, and *Charles L. Garner,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

The order of the trial court which denied appellant's application for habeas corpus is affirmed.